EMPIRE REFINERIES, Inc., v. Herbert TAYLOR. (Circuit Court of Appeals, Eighth Circuit. September 18, 1923.) No. 6416. In Error to the District Court of the United States for the Western District of Oklahoma. H. O. Caster, of Bartlesville, Okl., for plaintiff in error. G. A. Henshaw and A. C. Hough, both of Oklahoma City, Okl., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

William E. ESTELL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 18, 1923.) No. 6509. In Error to the District Court of the United States for the District of Nebraska. Harry B. Fleharty, of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

FARMERS' STATE BANK OF COLLEGE VIEW, NEB., v. Grant McFERSON, State Bank Commissioner, etc. (Circuit Court of Appeals, Eighth Circuit. September 18, 1923.) No. 6354. In Error to the District Court of the United States for the District of Nebraska. G. E. Hager, of Lincoln, Neb., for plaintiff in error. W. C. Dorsey, of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

---

FIDELITY & CASUALTY CO. OF NEW YORK v. Alex BERG et al. (Circuit Court of Appeals, Eighth Circuit. October 17, 1923.) No. 6376. Appeal from the District Court of the United States for the District of Kansas. Robert Stone, George T. McDermott, Robert L. Webb, and Beryl R. Johnson, all of Topeka, Kan., and Guy A. Spencer, of Washington, D. C., for appellant. Z. C. Millikin, of Salina, Kan., and T. M. Lillard, of Topeka, Kan., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation.

---

FIRST NAT. BANK OF SILOAM SPRINGS, ARK., v. C. B. CLEGG. (Circuit Court of Appeals, Eighth Circuit. September 10, 1923.) No. 6345. In Error to the District Court of the United States for the Western District of Arkansas. James B. McDonough, of Fort Smith, Ark., for plaintiff in error. Harry L. Patton, of Clonis, N. M., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

---

Frank FISHER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 29, 1923.) No. 5937. In Error to the District Court of the United States for the District of Utah. Samuel A. King and Russell G. Schulder, both of Salt Lake City, Utah, for plaintiff in error. Charles M. Morris, U. S. Atty., of Salt Lake City, Utah.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties, etc.

---

Max GOLDBERGER et al. v. Joseph M. JONES. (Circuit Court of Appeals, Eighth Circuit. September 4, 1923.) No. 239. Petition to Revise Order of the District Court of the United States for the Western District of Missouri. Samuel Feller, of Kansas City, Mo., for petitioners. Miller, Camack, Winger & Reeder, of Kansas City, Mo., for respondent.

PER CURIAM. Petition to revise dismissed, with costs, on motion of petitioners.